UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THEODORE GUARRIELO, JR., | * | |
| THEODORE GUARRIELLO, JR. TRUST | * | |
| U/A/DTD 6/18/2003, and | * | |
| THEODORE GUARRIELLO JR. | * | |
| TRUSTEE | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13351-IT |
| | * | |
| FAMILY ENDOWMENT PARTNERS, LP, | * | |
| FAMILY ENDOWMENT PARTNERS, | * | |
| LLC, FEP FUND I, LP, and | * | |
| LEE DANA WEISS | * | |
| | * | |
| Defendants. | * | |

ORDER

July 15, 2015

TALWANI, D.J.

Before the court is the parties' Joint Motion for an Order Amending and Extending the
Deadlines Contained in the February 23, 2015 Scheduling Order [#41], in which the parties

request that the court extend the deadlines set forth in its February 23, 2015 Scheduling Order

until four months after the court has issued its orders on the pending motion to compel, motion

for a protective order, and motion to withdraw.  This motion is ALLOWED IN PART and

DENIED IN PART.  The deadlines up to the completion of fact discovery set forth in the court's

Scheduling Order are extended by eight weeks.  The status conference currently set for

November 12, 2015 is continued to January 6, 2016 at 2:30 p.m.  Further deadlines shall be set at the status conference.

      IT IS SO ORDERED.

Date:  July 15, 2015                                /s/ Indira Talwani
                                                       United States District Judge