UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| THEODORE GUARRIELLO, JR., | * | |
| THEODORE GUARRIELLO, JR. TRUST | * | |
| U/A/DTD 6/18/2003, and | * | |
| THEODORE GUARRIELLO JR. | * | |
| TRUSTEE, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13351-IT |
| | * | |
| FAMILY ENDOWMENT PARTNERS, LP, | * | |
| FAMILY ENDOWMENT PARTNERS, | * | |
| LLC, FEP FUND I, LP, and | * | |
| LEE DANA WEISS, | * | |
| | * | |
| Defendants. | * | |


ORDER

August 13, 2015

TALWANI, D.J.

Before the court is defendants' Motion for Clarification [#55].  The August 12, 2015
Order [#54] rejected defendants' objection to the third-party's production of documents
responsive to plaintiffs' subpoena.  The court also ordered defendants themselves to produce
documents in response to plaintiffs' Request for Production of Documents, subject to the
objections and privileges asserted in their March 16, 2015 response.  The court has not yet
addressed any objections raised by defendants as to their own production of documents,
including defendants' assertion that Gramm-Leach-Bliley precludes their production of

documents.  The court does expect that the parties will meet and confer and attempt to resolve that issue before bringing a further motion to compel or for a protective order.

Defendants' further request for an extension of time to produce the documents subject to the August 12, 2015, order is DENIED.

IT IS SO ORDERED.

Date:  August 13, 2015                                            /s/ Indira Talwani
                                                                              United States District Judge