UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THEODORE GUARRIELO, JR., | * | |
| THEODORE GUARRIELLO, JR. TRUST | * | |
| U/A/DTD 6/18/2003, and | * | |
| THEODORE GUARRIELLO JR. | * | |
| TRUSTEE | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13351-IT |
| | * | |
| FAMILY ENDOWMENT PARTNERS, LP, | * | |
| FAMILY ENDOWMENT PARTNERS, | * | |
| LLC, FEP FUND I, LP, and | * | |
| LEE DANA WEISS | * | |
| | * | |
| Defendants. | * | |

ORDER

October 9, 2015

TALWANI, D.J.

Before the court are Defendants' Motion to Quash Third-Party Subpoenas [#60] and Defendants' Motion for Leave to File Reply Memorandum of Law in Further Support of Motion to Quash Third-Party Subpoenas [#66]. As a threshold matter, the court lacks the authority to quash subpoenas that require compliance in a district other than the District of Massachusetts. See Fed. R. Civ. P. 45(d)(3)(A) ("On timely motion, the court for the district where compliance is required must quash or modify a subpoena. . . ."). Accordingly, the motion to quash is DENIED without prejudice as the subpoenas issued to Bank of America N.A., Wintrust Financial Corporation and Northbrook Bank and Trust Company. See Flynn Aff'd, Ex. 9 in Pl.'s

Case 1:14-cv-13351-IT   Document 68   Filed 10/09/15   Page 2 of 2

2

Opp'n Mot. Quash [#64-13].  As to the recently served subpoenas that require compliance in the District of Massachusetts, the court in ALLOWS Defendants' <u>Motion for Leave to File a Reply Memorandum of Law</u> limited to five pages.  Defendants may file the reply memorandum no later than October 14, 2015.

    IT IS SO ORDERED.

<u>/s/ Indira Talwani</u><br>
United States District Judge