

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
| | |
|---|---|
| THEODORE J. GUARRIELLO, Jr., et al.<br>  Plaintiffs<br><br>v.<br><br>FAMILY ENDOWMENT PARTNERS, LP;<br>and LEE D. WEISS<br>  Defendants<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES, LLC, and FIDELITY MANAGEMENT TRUST COMPANY<br><br>Reach and Apply Defendants | Civil Action No. 14-CV-13351-IT<br><br>ANSWER OF TRUSTEE |

Fidelity Brokerage Services, LLC (hereafter "FBS") and Fidelity Management Trust Company (hereafter "FMTC"), misnamed Fidelity Investments, answers the Summons to Trustee served on July 21, 2017, as follows:

1. FBS states that on the date of service, it maintained brokerage account no. XXX-XX8964 registered to Lee D. Weiss containing cash and securities in the amount of $19,534.

2. FMTC states that on the date of service, it maintained IRA account no. XXX-XX2110 registered to Lee D. Weiss containing cash and securities in the amount of $17,140.

3. FBS and FMTC state that the accounts may fluctuate in value in accordance to market conditions.

4. FMTC further states that account no. XXX-XX02110 has not been restricted, as it is exempt from attachment pursuant to M.G.L. c. 246, § 28.

5. FBS previously restricted brokerage account no. XXX-XX8964 in connection with a previous attachment in the matter of *Sutow v. Family Endowment Partners, LP, et al.*, Docket Number 1784-CV-00501. Therefore, there are no additional funds available for attachment.

Signed under the penalties of perjury to the best of my knowledge and belief, by Joseph P. Bacon, Agent/Employee of FBS and FMTC this 23 day of July, 2017.

Joseph P. Bacon
Agent/Employee of FBS/FMTC
245 Summer Street
Boston, MA 02210
(617) 563-0775

PO Box 770001
Cincinnati, OH 45277-0031



## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within Answer on the following parties, by First Class Mail, postage prepaid, to the following:

*Defendant*:

Lee D Weiss
15 Westbourne Road
Newton, MA 02459-1617

*Plaintiff's Attorney:*

Rory C. Flynn, Esq.
Bruch Hanna, LLP
1099 New York Avenue, NW, Suite 500
Washington, DC 20001

Signed this 28 day of July, 2017

Joseph P. Bacon
Agent/Employee of FBS/FMTC
245 Summer Street
Boston, MA 02210
(617) 563-0775

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Member NYSE, SIPC