UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIDDLESEX, SS

CASE NO. 14-cv-13351-IT

Theodore J. Guarriello, Jr., )
et al )
    Plaintiff(s) )
v. )
 )  ANSWER OF TRUSTEE
Family Endowment Partners, LP, )  THE VILLAGE BANK
et al, and Lee Dana Weiss )
    Defendant(s) )
and )
 )
The Village Bank, )
    Trustee )

    Now comes The Village Bank, successor by merger to the Auburndale Co-operative Bank, named as Trustee in the above action, and for answer states that at the time of service of the Summons on it, it held no funds of the Defendant, Lee Dana Weiss subject to any exemption allowed by Massachusetts Law.

  Signed under the pains and penalties of perjury

          By its attorney,

Dated: August 25, 2017

Walter E. Devine, II
Attorney at Law
277 Auburn Street
Newton, MA 02466
Tel. (617) 244-8869
BBO# 563960

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the within Answer was served upon the Plaintiff, by USPS, 1st class mail, to their attorney Rory C. Flynn, Esquire, Bruch Hannah, LLP, 1099 New York Avenue NW, Suite 500, Washington, DC 20001

DATED: August 25, 2017

_____
WALTER E. DEVINE, II
BBO# 563960